SEALED

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

2018 OCT 18  PM 1: 43

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

    v.                    CASE NO. 8:18-cr-490-T-02-SPF

                                 18 U.S.C. § 922(g)(1)

CRYSTAL DAVIS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 19, 2018, in the Middle District of Florida, the defendant,

### CRYSTAL DAVIS,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Grand Theft**, on or about June 19, 2012;

2. **Grand Theft**, on or about October 21, 2016;

3. **False Verification of Ownership**, on or about November 14, 2016;

4. **Driving While License Suspended, Habitual Offender**, on or about April 4, 2017;

5. **Burglary of an Unoccupied Conveyance,** on or about March 9, 2017;

6. **Grand Theft Motor Vehicle,** on or about March 9, 2017;

7. **Driving While License Suspended, Habitual Offender**, on or about

SEALED

March 9, 2017; and

8. **Fleeing to Elude High Speed**, on or about March 9, 2017,

did knowingly possess, in and affecting interstate commerce, a firearm, that is,

a .22-caliber semi-automatic rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by

reference for the purpose of alleging forfeiture pursuant to the provisions of 18

U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(g), the

defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)

and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in

the violation.

3.      If any of the property described above, as a result of any act or

omission of the defendant:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third

           party;

   c.      has been placed beyond the jurisdiction of the court;

   d.      has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be

          divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____

Natalie Hirt Adams
Assistant United States Attorney

By: _____

Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

CRYSTAL DAVIS

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____

Foreperson

Filed in open court this 18th day of October, 2018.

_____

Clerk

Bail $_____

GPO 863 525