**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cr-490-T-02SPF | DATE: April 18, 2019 | |
|---|---|---|
| HONORABLE WILLIAM F. JUNG | INTERPRETER: N/A | |
| | GOVERNMENT COUNSEL Natalie Adams, AUSA | |
| UNITED STATES OF AMERICA v. CRYSTAL DAVIS | Debra Tuomey, CJA | |
| COURT REPORTER: Nikki Peters | DEPUTY CLERK: | Kristin Carreon |
| TIME: 3:27 PM – 3:48 PM TOTAL: 21 minutes | COURTROOM: | 15B |
| | PROBATION: | Dee Mosley |

**PROCEEDINGS:**    CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

ATF Agent Keary Hundt present.

Defendant sworn.

Defendant is adjudged guilty on Count One of the Indictment.

Defense moved for a downward variance to which the Government objected. **DENIED**.

Allocution by the defendant.

Imprisonment: **THIRTY (30) MONTHS**, with credit for time served as calculated by the Bureau of Prisons.

Supervised Release: **THREE (3) YEARS**.

Fine is waived.

Special Assessment: **$100.00** to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:
- Confinement at Greenville, Illinois.

Special conditions of supervised release:

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant must refrain from any unlawful use of controlled substance. Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant must submit to random drug testing not to exceed two tests per week.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal and to counsel on appeal. Defendant is found indigent for purposes of appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category: | V |
| Imprisonment Range | 30 - 37 months |
| Supervised Release Range | 1- 3 years |
| Restitution: | N/A |
| Fine Range | $5,500-$55,000 |
| Special Assessment | $100.00 |